UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LEO PERSICK, JR. | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 23-1635-JWD-SDJ |
| COLTON TILLEY; STATE FARM MUTUAL AUTOMOBILE INS. CO.; USAA GENERAL INDEMNITY CO. | |

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on April 3, 2024.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEO PERSICK, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1635-JWD-SDJ** |
| **COLTON TILLEY; STATE FARM MUTUAL AUTOMOBILE INS. CO.; USAA GENERAL INDEMNITY CO.** | |

## REPORT & RECOMMENDATION

Before the Court is Plaintiff's Motion to Remand (R. Doc. 7), in light of his Irrevocable and Binding Stipulation that damages sought against Defendant do not meet the jurisdictional requirements for federal diversity jurisdiction. (R. Doc. 5). Removing Defendant USAA General Indemnity Company has filed its Consent to Remand in light of the stipulation. (R. Doc. 9). Therefore,

The undersigned **RECOMMENDS** that the Motion for Remand (R. Doc. 7) be **GRANTED** and this action **REMANDED** to the 19th Judicial District Court of East Baton Rouge Parish.

Signed in Baton Rouge, Louisiana, on April 3, 2024.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**