UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LEO PERSICK, JR.**

**VERSUS**

**COLTON TILLEY; STATE FARM MUTUAL AUTOMOBILE INS. CO.; USAA GENERAL INDEMNITY CO.**

**CIVIL ACTION**

**NO. 23-1635-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 3, 2024 (Doc. 10), to which no objection was filed;

**IT IS ORDERED** that the Motion for Remand (Doc. 7) is GRANTED. This action is REMANDED to the 19th Judicial District Court of East Baton Rouge Parish.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 13, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**